UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN RUSSO and
WENDY RUSSO
    Plaintiff,                                Case Number: 2:12-cv-13829-MAG-DRG
                                                 Hon. Mark A. Goldsmith
                                                 Mag. David R. Grand

-vs.-

VIKING CLIENT SERVICES, INC.,
a Minnesota corporation,
    Defendant.
_____

### NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

                                                        Respectfully submitted

August 6, 2012                              /s/ Gary Nitzkin_____
                                                       GARY D. NITZKIN (P41155)
                                                       Attorney for Plaintiff
                                                       22142 West Nine Mile Road
                                                       Southfield, MI 48033
                                                       (248) 353-2882
                                                       gnitzkin@creditor-law.com